**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6484**

---

SELVYN TILLETT,

Plaintiff - Appellant,

versus

JAMES OWENS, Correctional Officer; RICHARD
LANHAM, Commissioner of Corrections; EUGENE
NUTH, Warden,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-
96-2784-DKC)

---

Submitted:  June 12, 1997          Decided:  June 18, 1997

---

Before WIDENER and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Selvyn Tillett, Appellant Pro Se.  J. Joseph Curran, Jr., Attorney
General, Stephanie Judith Lane-Weber, Assistant Attorney General,
Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Tillett v. Owens, No. CA-96-2784-DKC (D. Md. Mar. 24, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED